IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS G. HAYES, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DAVE HEINEMAN, Governor of the State of ) <br> Nebraska in His Official Capacity and in his ) <br> Individual Capacity, CARLOS CASTILLO, ) <br> Director of the State of Nebraska ) <br> Department of Administrative Services, in ) <br> His Official Capacity and in His Individual ) <br> Capacity, DON STENBERG, Treasurer for ) <br> the State of Nebraska, in His Official ) <br> Capacity and in His Individual Capacity, ) <br> and SHANE OSBORN, former Nebraska ) <br> State Treasurer, in His Official Capacity and ) <br> in his Individual Capacity, ) <br> ) <br> Defendants. ) <br> ) | 4:11CV3229 <br><br> ORDER |

    This matter is before the court on its own motion. The court notes that due to the sheer number of plaintiffs in this case, that whenever plaintiffs' counsel files a pleading, the court's electronic filing system lists all plaintiffs' names in that docket entry, making the docket sheet lengthy and difficult to read. In the interest of shortening the docket sheet and making it more readable, but without changing in any way its content, the court proposes to instruct its staff to edit plaintiffs' entries, deleting all plaintiffs' names and replacing all their names with "Thomas G. Hayes, et al." In no other respect with the docket entry be changed. Any objection to the court's suggestion should be filed within seven days.

    The court reminds counsel to always be clear in their pleadings as to which parties they are filing on behalf, particularly when filing on behalf of selected plaintiffs or defendants.

    SO ORDERED.

    DATED this 26th day of April, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge